MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Wells Fargo Bank, and
Patrick Carey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. H. CERON, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al., <br><br> Defendants. | Case No.: 07-cv-06348 PJH <br><br> **CERTIFICATION AS TO INTERESTED PARTIES** <br><br><br> Judge:            Phyllis J. Hamilton <br> Complaint Date:   December 14, 2007 <br><br> Trial Date:       None |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, as shareholders of Wells Fargo Bank, N.A. (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

//

//

//

1. Wells Fargo & Company, which is an indirect wholly-owned subsidiary of Wells Fargo & Co., a publicly-held company whose shares are traded on the New York Stock Exchange under the symbol "WFC."

DATED: January 22, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Peter H. Bales
Peter H. Bales

Attorneys for Defendants
Wells Fargo Bank and Patrick Carey

-2-

07685/0147/655424.1

Defendants' Cert. of Interested Parties
Case No.: 07-cv-06348 PJH