| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
|   | mdl@severson.com |
| 2 | MARY KATE SULLIVAN (State Bar No. 180203) |
|   | mks@severson.com |
| 3 | PETER H. BALES (State Bar No. 251345) |
|   | phb@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | Wells Fargo Bank, and |
|   | Patrick Carey |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. H. CERON, | Case No.: 07-cv-06348 PJH |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND FOR A MORE DEFINITE STATEMENT** |
| vs. | |
| WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al., | **Accompanying Documents:** Memorandum of Points and Authorities, and Declaration of Patrick Carey. |
| Defendants. | Hearing Date:  March 12, 2008 |
|   | Time:  9:00 a.m. |
|   | Dept.:  3 |
|   | Judge:  Phyllis J. Hamilton |
|   | Complaint Date:  December 14, 2007 |
|   | Trial Date:  None |

TO PLAINTIFF:

PLEASE TAKE NOTICE that on March 12, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above entitled court, the Honorable Phyllis J. Hamilton presiding, located at 450 Golden Gate Avenue, San Francisco, California, Defendants Wells Faro Bank, N.A. and Patrick Carey ("Defendants") will and hereby do move for an order dismissing the plaintiff's Complaint with prejudice and, in the alternative, to order the plaintiff to file a more definite statement.

07685/0147/655410.1      Defendants' Notice of Motion and Motion to Dismiss
Case No.: 07-cv-06348 PJH

The motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(e), 12(b)(5), and 12(e) on the grounds that:

- The Complaint fails to state a claim against Defendants upon which relief can be granted. Fed.R.Civ.P. 12(b)(6).
- The Complaint fails to contain averments that are "simple, concise, and direct" Fed.R.Civ.P. 8(e).
- Service of Process was insufficient upon Wells Fargo Bank. Fed.R.Civ.P. 12(b)(5).
- Service of Process was insufficient upon Patrick Carey. Fed.R.Civ.P. 12(b)(5).
- The Complaint is so vague and ambiguous that the Court should order the plaintiff to file a more definite statement. Fed.R.Civ.P. 12(e).

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, declaration of Patrick Carey, the pleadings and records on file herein, and such other oral and written material as may be presented at the hearing of this motion.

DATED: January 22, 2008                    SEVERSON & WERSON
                                           A Professional Corporation


                                           By:  /s/ Peter H. Bales
                                                    Peter H. Bales

                                           Attorneys for Defendants
                                           Wells Fargo Bank and Patrick Carey