| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
|   | mdl@severson.com |
| 2 | MARY KATE SULLIVAN (State Bar No. 180203) |
|   | mks@severson.com |
| 3 | PETER H. BALES (State Bar No. 251345) |
|   | phb@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 6 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 7 | |
| 8 | Attorneys for Defendant |
|   | Wells Fargo Bank and |
|   | Patrick Carey |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO H. CERON, | Case No.: 07-cv-06348 PJH |
| Plaintiff, | **DECLARATION OF PATRICK CAREY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT** |
| vs. | |
| WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al., | **Accompanying Documents:** Notice of Motion and Motion, and Memorandum of Points and Authorities. |
| Defendants. | Hearing Date:   March 12, 2008 |
| | Time:           9:00 a.m. |
| | Dept.:          3 |
| | Judge:          Phyllis J. Hamilton |
| | Complaint Date: December 14, 2007 |
| | Trial Date:     None |

I, Patrick Carey, declare:

1. I am currently employed by Wells Fargo Home Mortgage as the Executive Vice President of Default & Retention Operation, a division of Wells Fargo Bank, N.A.

2. I am not employed as the President of Wells Fargo Bank, N.A.

3. I never received a summons and a copy of a complaint in case number 07-cv-06348 at either my personal residence or my business address. The address to which the Summons and Complaint was apparently sent in this matter (P.O. Box 4233, Portland, Oregon 97208-4233) is not my home or business mailing address, and is not an address at which I receive correspondence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration is executed in 3476 Stateview Boulevard, Fort Mill, SC 29715 on the 21st day of January, 2008.

DATED: January 21, 2008



By: _____
Patrick Carey