1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  Wells Fargo Bank

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 | ROBERTO H. CERON, | Case No.:  07-cv-06348 PJH
13 |          Plaintiff, | CERTIFICATE OF SERVICE
14 |     vs. |
15 | WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1- |
16 | 100 et al., |
17 | |
   |          Defendants. |
18 | |

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2       I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I
am employed in the City of San Francisco, California; my business address is Severson &
3   Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

4       On the date below I served a copy, with all exhibits, of the following document(s):

5   **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND FOR A
MORE DEFINITE STATEMENT**
6
**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
7   ITS MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**

8   **DECLARATION OF PATRICK CAREY IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**
9
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [OR]
10   MOTION FOR A MORE DEFINITE STATEMENT**

11

12
on all interested parties in said case addressed as follows:
13
Roberto H. Ceron                                    *Pro Se*
404 Meadow Bay Drive
14   American Canyon, CA  94503

15

16
X **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary
17   business practices.  I am readily familiar with the firm's practice of collecting and processing
correspondence for mailing.  On the same day that correspondence is placed for collection and
18   mailing, it is deposited in the ordinary course of business with the United States Postal Service in
San Francisco, California in sealed envelopes with postage fully prepaid.
19

20       I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of
21   this Court at whose direction the service was made.  This declaration is executed in San
Francisco, California, on January 22, 2008.
22

23
                                            Angelina D. Thompson
24

25

26

27

28

07685/0147/656002.1