1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  Wells Fargo Bank, and
   Patrick Carey
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12
   ROBERT O. CERON,                        Case No.: 07-cv-06348 PJH
13
              Plaintiff,                   **DEFENDANTS' NOTICE OF MOTION
14                                         AND MOTION TO DISMISS AND FOR
        vs.                                A MORE DEFINITE STATEMENT**
15
   WELLS FARGO BANK, PATRICK CAREY,        **Accompanying Documents:** Memorandum
16 PRESIDENT, DOES, ROES, and MOES 1-      of Points and Authorities, and Declaration
   100 et al.,                             of Patrick Carey.
17
                                           Hearing Date:    March 12, 2008
18            Defendants.                  Time:            9:00 a.m.
                                           Dept.:           3
19                                         Judge:           Phyllis J. Hamilton
                                           Complaint Date:  December 14, 2007
20
                                           Trial Date:      None
21

22 TO PLAINTIFF:

23       PLEASE TAKE NOTICE that on March 12, 2008 at 9:00 a.m., or as soon thereafter as the

24 matter may be heard, in Courtroom 3 of the above entitled court, the Honorable Phyllis J.

25 Hamilton presiding, located at 450 Golden Gate Avenue, San Francisco, California, Defendants

26 Wells Faro Bank, N.A. and Patrick Carey ("Defendants") will and hereby do move for an order

27 dismissing the plaintiff's Complaint with prejudice and, in the alternative, to order the plaintiff to

28 file a more definite statement.

---
07685/0147/655410.1                           Defendants' Notice of Motion and Motion to Dismiss
                                                                  Case No.: 07-cv-06348 PJH

The motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(e), 12(b)(5), and 12(e) on the grounds that:

- The Complaint fails to state a claim against Defendants upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).
- The Complaint fails to contain averments that are "simple, concise, and direct" Fed. R. Civ. P. 8(e).
- Service of Process was insufficient upon Wells Fargo Bank. Fed. R. Civ. P. 12(b)(5).
- Service of Process was insufficient upon Patrick Carey. Fed. R. Civ. P. 12(b)(5).
- The Complaint is so vague and ambiguous that the Court should order the plaintiff to file a more definite statement. Fed. R. Civ. P. 12(e).

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, declaration of Patrick Carey, the pleadings and records on file herein, and such other oral and written material as may be presented at the hearing of this motion.

DATED: January 22, 2008     SEVERSON & WERSON
                            A Professional Corporation


                            By:  /s/ Peter H. Bales
                                    Peter H. Bales

                            Attorneys for Defendants
                            Wells Fargo Bank and Patrick Carey