MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
PETER H. BALES (State Bar No. 251345)
phb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, and
PATRICK CAREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. CERON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al.,<br><br>　　　　Defendants. | Case No.: 07-cv-06348 PJH<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING COURT TO ALTER CASE SCHEDULE**<br><br>Dept:　　　3<br>Judge:　　Phyllis J. Hamilton<br><br>Complaint Date:　December 14, 2007<br>Trial Date:　　None |

　　　Pursuant to Local Rule 7-11, Defendants, Wells Fargo Bank, N.A. and Patrick Carey, who is erroneously sued as "president" of Wells Fargo Bank, (collectively "Defendants") bring this administrative motion seeking an order to adjust the case schedule for the upcoming Initial Case Management Conference ("CMC") and all deadlines that correspond to the CMC.

　　　In response to the proper complaint, Defendants filed a motion to dismiss on January 22, 2008. The hearing for this motion is set to take place on March 12, 2008. Pending the outcome of the motion to dismiss, the CMC may not be necessary and therefore Defendants respectfully request that the Court order the date of CMC and all corresponding deadlines to take place after the motion is heard and decided by the Court.

1 | For all the foregoing reasons, Defendants respectfully request that the Court order that the CMC take place on or after April 10, 2008, which would cause the earliest deadline related to the CMC, which would be the meet and confer process, take place after Defendants motion is heard and decided.

DATED: February 8, 2008

SEVERSON & WERSON
A Professional Corporation

By: /s/ Peter H. Bales
      Peter H. Bales

Attorneys for Defendants
Wells Fargo Bank and Patrick Carey

-2-

07685/0147/657968.1

DEFENDANTS' ADMINISTRATIVE MOTION
Case No.: 07-cv-06348 PJH