| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
|   | mdl@severson.com |
| 2 | MARY KATE SULLIVAN (State Bar No. 180203) |
|   | mks@severson.com |
| 3 | PETER H. BALES (State Bar No. 251345) |
|   | phb@severson.com |
| 4 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 398-3344 |
|   | Facsimile: (415) 956-0439 |
| 7 | |
| 8 | Attorneys for Defendants |
|   | WELLS FARGO BANK, and |
|   | PATRICK CAREY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. H. CERON, | Case No.: 07-cv-06348 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING COURT TO ALTER CASE SCHEDULE** |
| vs. | |
| WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al., | Dept:  3 |
|  | Judge:  Phyllis J. Hamilton |
|  | Complaint Date:  December 14, 2007 |
| Defendants. | Trial Date:  None |

Pursuant to the motion of Defendants, and for good cause shown, the Court orders that the Initial Case Management Conference will take place on [_____, 2008]. All other deadlines related to the Case Management will be continued accordingly to reflect this schedule change.

**IT IS SO ORDERED.**

Dated: _____            _____

Hon. Phyllis J. Hamilton

---

07685/0147/657973.1                              [PROPOSED] ORDER
                                                 Case No.: 07-cv-06348 PJH