1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  WELLS FARGO BANK, and
   PATRICK CAREY
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
   | ROBERT H. CERON,                       | Case No.: 07-cv-06348 PJH              |
13 |                                         |                                         |
   |         Plaintiff,                      | [~~PROPOSED~~] ORDER GRANTING          |
14 |                                         | DEFENDANTS' ADMINISTRATIVE             |
   |     vs.                                 | MOTION REQUESTING COURT TO             |
15 |                                         | ALTER CASE SCHEDULE                    |
   | WELLS FARGO BANK, PATRICK CAREY,        |                                         |
16 | PRESIDENT, DOES, ROES, and MOES 1-      | Dept:    3                              |
   | 100 et al.,                             | Judge:   Phyllis J. Hamilton            |
17 |                                         |                                         |
   |                                         | Complaint Date: December 14, 2007       |
18 |         Defendants.                     | Trial Date:     None                    |

19

20

21      Pursuant to the motion of Defendants, and for good cause shown, the Court orders that the

22 Initial Case Management Conference will take place on [__April 10__, 2008]. All other deadlines

23 related to the Case Management will be continued accordingly to reflect this schedule change.

24 **IT IS SO ORDERED.**

25 Dated: __2/14/08__                    _____

26                                        Hon. Phyllis J. Hamilton

27

28