```
                    UNITED STATES DISTRICT COURT           FILED
                   NORTHERN DISTRICT OF CALIFORNIA    06 FEB 21 PM 1:36

                                                    RICHARD W. WIEKING
                                                CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

|   |   |
|---|---|
| ROBERTO H. CERON | Case No.: No. 07-CV-06348 PJH |
| C/o 230 Landana Street, | **NOTICE OF ACCEPTANCE OF OATH OF** |
| American Canyon, California Zip Code Exempt, | **OFFICE AND BOND**   E-filing |
| Libellant, | |
| vs. | |
| WELLS FARGO BANK et. Al. | |
| C/o One Embarcadero Center, Suite 2600 | |
| San Francisco, California [94111] | |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

   Now, by special appearance, comes Roberto Ceron, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for

1  me, legal or otherwise, including but not limited to any so called
2  "overturning of a motion". This is not a motion. This is a NOTICE. If you are
3  reading this then the presumption will operate that you have ACTUAL NOTICE of
4  the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be
5  bound by its terms. Fail not under penalty of Law!
6  NOTICE is hereby given that:

   1.)   I am of legal age, competent to testify and under no legal
         disability.
   2.)   As the creditor and principal, I hereby formally accept the Oaths
         of Office and Bonds of PHYLLIS J. HAMILTON esquire and PETER H. BALES
         (00251345) esquire forming a contract in the common law.

                                    Dated this 20th day of February, 2008

                                    _____
                                    By: authorized representative
                                    Without recourse

```
 1                    UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5  ROBERTO H. CERON                  ) Case No.: No. 07-CV-06348 PJH
                                      )
 6   C/o 230 Landana St,              ) NOTICE OF APPOINTMENT OF CO-FIDUCIARY
                                      )
 7  American Canyon, California Zip Code ) TRUSTEE
                                      )
 8  Exempt,                           )
                                      )
 9            Libellant,              )
                                      )
10       vs.                          )
                                      )
11  WELLS FARGO BANK et. Al.          )
                                      )
12  Suite 200                         )
                                      )
13  C/o One Embarcadero Center, Suite )
                                      )
14  2600                              )
15  San Francisco, California [94111]
16            Libellee,
```

17  Notice to the agent is notice to the principal, notice to the principal is
18  notice to the agent.
19  Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEE
20       Now, by special appearance, comes Roberto Ceron, the flesh and blood
21  man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I,
22  or the like, to make the following NOTICE with clean hands, full disclosure
23  and no intent to defraud, furthermore, the following first hand asseverations
24  are true, complete, certain and not meant to mislead Additionally this
25  presentment is not put forth for purposes of delay nor to request any B.A.R.

APPOINTMENT OF CO-FIDUCIARY TRUSTEE - 1 OF 2

1  member attorned esquire, or agents thereof, to make any determinations for
2  me, legal or otherwise, including but not limited to any so called
3  "overturning of a motion". This is not a motion. This is a NOTICE. If you are
4  reading this then the presumption will operate that you have ACTUAL NOTICE of
5  the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be
6  bound by its terms. Fail not under penalty of Law!
7  NOTICE is hereby given that:

8
9     1.)    I am of legal age, competent to testify and under no legal disability.
10    2.)    As the creditor and principal, I hereby formally appoint PETER H.
11       BALES (00251345) esquire as co-fiduciary trustee for the purpose of
12       using my exemption to settle and close any outstanding debt owed WELLS
13       FARGO BANK.

                           Dated this 20th day of February, 2008

                           *[signature]*

                           By: authorized representative
                           Without recourse

APPOINTMENT OF CO-FIDUCIARY TRUSTEE - 2 OF 2

|    |                                                      |                              |
|----|------------------------------------------------------|------------------------------|
| 1  | UNITED STATES DISTRICT COURT                         |                              |
| 2  | NORTHERN DISTRICT OF CALIFORNIA                      |                              |

| | | |
|---|---|---|
| 5 | ROBERTO H. CERON | ) Case No.: No. 07-CV-06348 PJH |
| 6 | C/o 230 Landana St, | ) ORDER |
| 7 | American Canyon, California Zip Code | |
| 8 | Exempt, | |
| 9 | Libellant, | |
| 10 | vs. | |
| 11 | WELLS FARGO BANK et. Al. | |
| 12 | C/o One Embarcadero Center, Suite | |
| 13 | 2600 | |
| 14 | San Francisco, California [94111] | |
| 15 | Libellee, | |

ORDER

This matter came on to be heard on March 12, 2008 at 9:00 a.m.. After consideration and for good cause shown it is hereby ORDERED, ADJUDGED AND DECREED that libellant is entitled to judgment and it is hereby ordered that all liens on the subject property are to be removed and furthermore libelees are ordered to pay libellant 17,567,400.00 (Seventeen million, five-hundred-sixty-seven thousand and four hundred with 00?100 dollars).

*[signature: Roberto H Ceron]*

ORDER - 1 OF 1

```
 1
 2                    UNITED STATES DISTRICT COURT
 3                    NORTHERN DISTRICT OF CALIFORNIA
 4
 5
                                      ) Case No.: No. 07-CV-06348 PJH
 6   ROBERTO H. CERON                 )
                                      )
 7    C/o 230 Landana St.             ) CERTIFICATE OF SERVICE
                                      )
 8   American Canyon, California Zip Code )
                                      )
 9   Exempt,                          )
                                      )
10             Libellant,             )
                                      )
11       vs.                          )
                                      )
12   WELLS FARGO BANKet. Al.          )
                                      )
13   C/o One Embarcadero Center, Suite )
                                      )
14   2600                             )
                                      )
15   San Francisco, California [94111] )
16             Libellee,
```

CERTIFICATE OF SERVICE

Now, by special appearance, comes ROBERTO H. CERON, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. NOTICE is hereby given that:

1.)   I am of legal age, competent to testify and under no legal disability.

MEMORANDUM - 1 OF 2

1  2.)    This is to certify that on February 20th, 2008 I placed a true
2         and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF
3         FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U.
4         S. mail with postage prepaid and addressed as follows:
5  WELLS FARGO BANK et. Al.
6  C/o One Embarcadero Center, Suite 2600 Suite 200
7  San Francisco, California [94111]
8         With registered mail number RR 583 570 655 US.

Dated this 20th day of February, 2008

_____
By: authorized representative
Without recourse