UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** March 12, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6348 PJH

**Case Name:** Roberto H. Ceron v. Wells Fargo Bank, et al.

**Attorney(s) for Plaintiff:**        No appearance
**Attorney(s) for Defendant:**        Mary Kate Sullivan

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Joan Columbini

PROCEEDINGS

    Defendants' Motion to Dismiss and for a More Definite Statement-Held.  No appearance is made by plaintiff.  The court grants the motion with prejudice as stated on the record.  Counsel to submit a proposed order to the court.

**Order to be prepared by:**   [] Pl [x] Def  []  Court

**Notes:**

**cc:** chambers