1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendant
8  Wells Fargo Bank

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | ROBERTO H. CERON,                          | Case No.: 07-cv-06348 PJH
13 |          Plaintiff,                        | CERTIFICATE OF SERVICE
14 |    vs.
15 | WELLS FARGO BANK, PATRICK CAREY,
   | PRESIDENT, DOES, ROES, and MOES 1-
16 | 100 et al.,
17 |          Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

07685/0147/656002.1                                              CERTIFICATE OF SERVICE
                                                              Case No.: 07-cv-06348 PJH

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE

on all interested parties in said case addressed as follows:

Roberto H. Ceron                    *Pro Se*
404 Meadow Bay Drive
American Canyon, CA  9453

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on March 18, 2008.

Angelina D. Thompson