1 | MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
2 | MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
3 | PETER H. BALES (State Bar No. 251345)
phb@severson.com
4 | SEVERSON & WERSON
A Professional Corporation
5 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
6 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
7 |
8 | Attorneys for Defendants
Wells Fargo Bank, N.A., and
Patrick Carey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. CERON,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, PATRICK CAREY, PRESIDENT, DOES, ROES, and MOES 1-100 et al.,<br><br>    Defendants. | Case No.: 07-cv-06348 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE**<br><br>Hearing Date:    March 12, 2008<br>Time:            9:00 a.m.<br>Dept.:           3<br>Judge:           Phyllis J. Hamilton<br>Complaint Date:  December 14, 2007<br><br>Trial Date:      None |

This Motion of Defendants Wells Fargo Bank, N.A. and Patrick Carey, (hereafter, "Defendants"), seeking a dismissal of the complaint in its entirety, having been duly noticed and served on all interested parties, came on regularly for hearing before this Court, the Honorable Phyllis J. Hamilton, presiding, at 9:00 a.m. on March 12, 2008. Plaintiff did not file an opposition or statement of non opposition as required by Local Rule 7-3 nor did plaintiff appear at the hearing.

1  All arguments, papers and evidence considered and good cause appearing, Defendants'
2  motion to dismiss the complaint in its entirety is GRANTED with prejudice on all grounds sought
3  in the motion to dismiss.

5  IT IS SO ORDERED.
6  DATED:_____    _____  _____
                                              Honorable Phyllis J. Hamilton
7                                             District Court Judge