1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
3  PETER H. BALES (State Bar No. 251345)
   phb@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  Wells Fargo Bank, N.A., and
   Patrick Carey
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13 ROBERT O. CERON,                      Case No.: 07-cv-06348 PJH

              Plaintiff,                 [~~PROPOSED~~] ORDER GRANTING
14                                       DEFENDANTS' MOTION TO DISMISS
       vs.                               WITH PREJUDICE
15
   WELLS FARGO BANK, PATRICK CAREY,      Hearing Date:    March 12, 2008
16 PRESIDENT, DOES, ROES, and MOES 1-    Time:            9:00 a.m.
   100 et al.,                           Dept.:           3
17                                       Judge:           Phyllis J. Hamilton
                                         Complaint Date:  December 14, 2007
18            Defendants.
                                         Trial Date:      None
19

20

21         This Motion of Defendants Wells Fargo Bank, N.A. and Patrick Carey, (hereafter,

22 "Defendants"), seeking a dismissal of the complaint in its entirety, having been duly noticed and

23 served on all interested parties, came on regularly for hearing before this Court, the Honorable

24 Phyllis J. Hamilton, presiding, at 9:00 a.m. on March 12, 2008. Plaintiff did not file an

25 opposition or statement of non opposition as required by Local Rule 7-3 nor did plaintiff appear at

26 the hearing.

27

28

07685/0147/655959.2                                          [Proposed] Order
                                                             Case No.: 07-cv-06348 PJH

-2-

1    All arguments, papers and evidence considered and g      ood cause appearing, Defendants'

2  motion to dismiss the complaint in its entirety is      GRANTED with prejudice on all grounds sought

3  in the motion to dismiss.

4

5    IT IS SO ORDERED.

6  DATED:____3/19/08_____    _____  _____

7                                              Honorable Phyllis J. H
                                                District i



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07685/0147/655959.2

[Proposed] Order
Case No.: 07-cv-06348PJH