UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBETO H. CERON,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK et al,<br><br>        Defendant. | Case Number: CV07-06348 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto H. Ceron
230 Landana Street
American Canyon, CA 94503-1050

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk