UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO H. CERON,

       Plaintiff(s),                                    No. C 07-6348 PJH

    v.                                              **JUDGMENT**

WELLS FARGO BANK, et al.,

       Defendant(s).
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendant's motion to dismiss,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: March 19, 2008

                                                                                     _____
                                                                                      PHYLLIS J. HAMILTON
                                                                                      United States District Judge