UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBETO H. CERON,

                Plaintiff,

  v.

WELLS FARGO BANK et al,

                Defendant.
_____/

Case Number: CV07-06348 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto H. Ceron
230 Landana Street
American Canyon, CA 94503-1050

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk